IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-01367-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             August 15, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                    *Counsel:*

MARK SQUIBB,                                    *Appearing pro se*

     Plaintiff,

v.

GREENPOINT  MORTGAGE  FUNDING,        Lisa K. Bojko
INC., *et al.*,                                                Daniel Delaney
                                                              Kenneth K. Skogg
     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      1:29 p.m.**
Court calls case.  Appearances of counsel and *pro se* Plaintiff.

This matter is before the court regarding **Defendant Greenpoint Mortgage Funding, Inc. and US Bank, N.A.'s MOTION to Strike Plaintiff's Supplemental Answers to Defendants' Motion to Dismiss, or in the Alternative, for a More Definite Statement** [Doc. No. 43, filed 8/12/2013]

The court addresses Plaintiff regarding his Supplemental Answer to Greenpoint's and US Bank's Motion to Dismiss and/or for More Defininte [sic] Statement.

**ORDERED:**              Defendant  Greenpoint  Mortgage  Funding,  Inc.  and  US Bank, N.A.'s MOTION to Strike Plaintiff's Supplemental Answers to Defendants' Motion to Dismiss, or in the Alternative, for a More Definite Statement [Doc. No. 43, filed 8/12/2013] is **DENIED** for the reasons stated on the record.

Discussion between the court and the parties regarding service effected on the Defendants.  Plaintiff states he intends to file a Notice of Dismissal Without Prejudice against Ocwen Loan Servicing LLC.

Discussion between the court and the parties regarding dismissing the claims against Ocwen with or without prejudice.  The court notes a dismissal of party should be submitted by Plaintiff in writing.

Discussion between the court and Plaintiff regarding the mortgage application in question, monthly payments made, and case law cited in his pleadings.

The court addresses Plaintiff regarding a reasonable expectation for the case and engages in further discussion regarding case law Mr. Squibb has provided and case law researched by the court. Discussion regarding the allegations listed in the Complaint and the court's concern with issues related to the statute of limitations and equitable tolling.

The court addresses the parties regarding the case moving forward.

**2:35    Off the record.**

**2:43    On the record.**

**ORDERED:**        A Status Conference/Motion Hearing to further discuss the pending Motions is set for **August 30, 2013 at 11:00 a.m.**

**ORDERED:**        Any Notice of Dismissal Plaintiff intends to file regarding Defendant Ocwen Loan Servicing LLC shall be filed **no later than Monday, August 19, 2013.** A Notice of Dismissal regarding Ocwen will moot their Motion to Dismiss [Doc. No. 27, filed 7/12/2013].  If a Notice of Dismissal is not filed, the court will still consider Ocwen as a party and their Motion as still pending.

HEARING CONCLUDED.
**Court in recess**:      **2:45 p.m.**
Total time in court:     1:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.