IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01367-MSK-CBS

MARK SQUIBB,
    Plaintiff,
v.

GREENPOINT MORTGAGE FUNDING, INC.,
US BANK NA,
WINDSOR NATIONAL MORTGAGE,
NATIONSTAR MORTGAGE, LLC,
OCWEN LOAN SERVICING, and
DOES 1-10,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)." By the Order Referring Case dated July 8, 2013, this civil action was referred to the Magistrate Judge. (See Doc. # 20). Plaintiff seeks to dismiss Defendant Ocwen Loan Servicing without prejudice from this civil action. As Defendant Ocwen has not filed a responsive pleading or a motion for summary judgment, Plaintiff may dismiss Defendant Ocwen without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The court having reviewed Plaintiff's Notice of Voluntary Dismissal, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that the Clerk of the Court shall terminate Defendant Ocwen Loan Servicing as a Defendant in this civil action, based on Plaintiff's self-executing Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    DATED at Denver, Colorado, this 22nd day of August, 2013.

BY THE COURT:

    s/Craig B. Shaffer
United States Magistrate Judge

1